10149-14

## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| In Re: | ) | Case No. 05-57843 |
|  | ) | Honorable Jack B. Schmetterer |
| Peter E. Vozella, | ) | Confirmation Hearing: January 18, 2006 |
|  | ) | at 11:30 a.m. |
| Debtor. | ) | Chapter 13 Case |

### OBJECTION TO CONFIRMATION

Comes now Hinsbrook Bank & Trust, an unscheduled creditor in the above-styled Chapter

13 case filing this its Objection to Confirmation and in support thereof would respectfully represent

the following:

1.      Hinsbrook Bank & Trust ("Hinsbrook") is an unsecured creditor in the above-styled

Chapter 13 case. Enclosed as Exhibit "A," is a copy of the September 14, 2005 Judgment rendered

in favor of Hinsbrook in the amount of $137,207.69 on September 14, 2005.

2.      Hinsbrook was not listed as an unsecured creditor on the Debtor's Schedule F nor was

it listed on any of the bankruptcy clerk's Certificates of Service.

3.      Hinsbrook never received notice of the Debtor's bankruptcy filing until it received

a copy of the Notice of Chapter 13 Bankruptcy Case Meeting of Creditors & Deadlines from the law

offices of Ottenheimer Teplinsky Rosenbloom, LLC on January 16, 2006.

4.      Hinsbrook continued its efforts after September 14, 2005 to obtain a judgment for its

attorneys' fees and costs. Attached as Exhibit "B," is a copy of the undersigned's October 27, 2005

letter to Jeffrey R. Kulwin, attorney for Peter Vozella in the *Hinsbrook Bank & Trust v. Go Wild Fun*

*Safaris, Inc., et al.*, Case No. 2004 L 397. Attached as Exhibit "C," is a copy of the undersigned's

November 2, 2005 letter to Jeffrey R. Kulwin.  Attached as Exhibit "D," is a copy of the

undersigned's November 17, 2005 letter to Jeffrey R. Kulwin. Attached as Exhibit "E," is a copy

of the undersigned's November 22, 2005 letter to Jeffrey R. Kulwin. Attached as Exhibit "F," is a copy of the undersigned's December 8, 2005 letter to Jeffrey R. Kulwin. Attached as Exhibit "G," is a copy of the undersigned's December 15, 2005 letter to Jeffrey R. Kulwin.

5.    Since Hinsbrook did not have notice of the Debtor's bankruptcy filing and had verbal and written communications with the Debtor's attorney during this entire time period, Hinsbrook went forward and obtained a judgment for its attorney's fees and costs on December 12, 2005. Attached as Exhibit "H," is a copy of the undersigned's letter to Jeffrey Kulwin with a copy of the December 12, 2005 judgment.

6.    At no time did Mr. Kulwin or the Debtor inform Hinsbrook or its attorney concerning the bankruptcy filing.

7.    Hinsbrook did not receive notice of the bankruptcy filing or Chapte 13 Plan in time to attend the 11 USC § 341(a) First Meeting of Creditors or to take a Bankruptcy Rule 2004 Examination to determine the accuracy of the bankruptcy schedules or the validity of the Debtor's Chapter 13 Plan.

8.    Hinsbrook has been denied the opportunity to determine if Debtor's Chapter 13 Plan complies with the provisions of 11 USC § 1325.

9.    Hinsbrook objects to confirmation of Debtor's Chpater 13 Plan pursuant to 11 USC § 1322(b)(1) because the Plan unfairly discriminates against Hinsbrook's claim by not scheduling Hinsbrook's claim in the bankruptcy case.

10.    Hinsbrook objects to confirmation of the Chapter13 Plan pursuant to 11 USC § 1325(a)(3) as it has not been proposed in good faith.  The Debtor was aware of Hinsbrook's judgment prior to his bankruptcy filing and willfully failed to schedule or give notice to Hinsbrook

2

even though Hinsbrook's judgment is more than four times the dollar amount of the scheduled unsecured claims.

WHEREFORE, Hinsbrook Bank & Trust prays this Court for entry of an Order denying confirmation and for such other and further relief as is just.

Respectfully submitted,

By: _____
Elizabeth A. Bates

Elizabeth A. Bates
HUCK BOUMA PC
1755 S. Naperville Road, Suite 200
Wheaton, IL 60187
(630) 221-1755; Fax (630) 221-1756
Attorney No. 6206287
R:\10000a\10100-10199\10149-14\Pleadings\Objection to Confirmation.wpd

## CERTIFICATE OF SERVICE

I, Elizabeth A. Bates, served this Objection to Confirmation via facsimile and email to the following:

Tom Vaughn, Chapter 13 Trustee, 200 S. Michigan, 13th Floor, Chicago, IL (312) 294-5962
Peter Vozella, 1213 Norwood St., Melrose Park, Illinois 60160
Kokoszka & Janezur, P.C., 140 S. Dearborn St., Suite 1610, Chicago, IL 60603 (312) 443-1665
Washington Mutual Bank c/o Codilis & Associates, 15W030 N. Frontage Road, Suite 100, Burr Ridge, IL 60527 (630) 654-9946
Lester A. Ottenheimer, III, Ottenheimer Teplinsky Rosenbloom, LLC, 750 Lake Cook Kroad, Suite 140, Buffalo Grove, IL 60089 (847) 520-9411

Via email to:

Law Office of Jennifer A. Blanc, 60 W. Madison Avenue, Oak Park, Illinois 60302 jenlawone@earthlink.net

on this 16th January, 2006.

_____
Elizabeth A. Bates

4

ORDER                                                                                      2116 (Rev. 02/05)

**STATE OF ILLINOIS**                     **UNITED STATES OF AMERICA**                **COUNTY OF DU PAGE**
                     **IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT**

Hinsbrook Bank + Trust

-vs-                                        **CASE NUMBER**

Go Wild Fun Safaris, Inc., et al.            04 L 397

                                              1 of 2

                                                                                        File Stamp Here

### ORDER

This matter coming on to be heard, the Court being fully advised in the premises and having jurisdiction of the subject matter, IT IS ORDERED HEREBY:

1. Plaintiff's motion to strike the affirmative defenses of Peter Vozella and Robert Pacenti is granted.

2. Plaintiff's motion for summary judgment as against defendants Kimberly Basel-Van Aswegen and Nicolette Basel-Johnson is entered and continued, these defendants having filed a Petition for Chapter 7 bankruptcy with the Northern District of Illinois Bankruptcy Court.

3. Plaintiff's motion for summary judgment as against defendants Go Wild Fun Safaris, Inc., Peter Vozella, and Robert Pacenti is granted in part and entered and continued in part; summary judgment is granted as to all issues other than attorney's fees and costs

Name: J. Barger / Huck Bouma                   **COPY**
DuPage Attorney No.: 7800                        ENTER: _____
Attorney for: Plaintiff                                         JUDGE
Address: 1755 S. Naperville Rd., #200            DATE: 9/14/05
City/State/Zip: Wheaton, IL 60187
Telephone: (630) 221-1755

**EXHIBIT**
A

CHRIS KACHIROUBAS, C___                    ___AL CIRCUIT COURT ©
WHE___                                                707

ORDER

2116 (Rev. 02/05)

**STATE OF ILLINOIS**   **UNITED STATES OF AMERICA**   **COUNTY OF DU PAGE**

**IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT**

Hinsbrode Bank + Trust

-VS-

Go Wild Fun Safaris, Inc., et al.

CASE NUMBER

04 L 397

(2 of 2)

File Stamp Here

## ORDER

This matter coming on to be heard, the Court being fully advised in the premises and having jurisdiction of the subject matter, IT IS ORDERED HEREBY: _____

(4) Plaintiff's motion for summary judgment as to attorney's fees and costs as against defendants, Peter Vozella and Robert Pacenti, is continued to November 1, 2005 at 9:00 AM for ~~~~~~~~~~~~ status on settlement of this issue and/or setting of hearing on reasonableness of plaintiff's claimed attorney's fees and costs.

(5) Judgment is entered in favor of Hinsbrode Bank + Trust and against Peter Vozella and Robert Pacenti ~~~~~~~~~~~~~ and Go Wild Fun Safaris, Inc., as follows:

$ 112,400.41   Principal
$ 23,207.28   Interest
$ 1,600.00   Late Charges
$ 137,207.69   Total judgment amount, excluding attorney's fees and costs at this time.

Name: J. Barger / Huck Bouma

DuPage Attorney No.: 7800

Attorney for: Plaintiff

Address: 1755 S. Naperville Rd., #200

City/State/Zip: Wheaton, IL 60187

Telephone: (630) 221-1755

**COPY**

ENTER: _____

JUDGE

DATE: 9/14/05

October 27, 2005

<u>*VIA FACSIMILE (312/855-0350)*</u>

Mr. Jeffrey R. Kulwin
Kulwin & Associates
161 N. Clark, Suite 2500
Chicago, IL 60601

       Re:   *Hinsbrook Bank & Trust v. Go Wild Fun Safaris, Inc.*
               Court No. 2004 L 397
               Our File No. 10149-14

Dear Mr. Kulwin:

      Jonathan Barger has left our firm and I will now be handling the above-styled matter on behalf of Hinsbrook Bank & Trust.  It is my understanding that summary Judgment was entered on behalf of my client and that there is a hearing set for November 1st to determine our attorneys' fees.  I understand that your clients are objecting to our attorneys' fees, but I have not been able to find anything in writing in regards to your client's objections.  I further understand that there is a possibility of these objections being resolved by agreement.

      Could you please send me a copy of your client's objections and give me a call to see if this matter can be resolved by agreement.  My client is willing to try to work out a settlement not as to the fees, but also the judgment.

      I look forward to hearing from you.

                      Sincerely,

                      HUCK BOUMA PC

                      Elizabeth A. Bates

EAB/me
R:\10000s\10100-10199\10149-14\Correspondence\Kulwin, Jeffrey Fax ltr 10.27.05.wpd



EXHIBIT
B

November 2, 2005

<u>**VIA FACSIMILE (312/855-0350)**</u>
Page 1 of 2

Mr. Jeffrey R. Kulwin
Kulwin & Associates
161 N. Clark, Suite 2500
Chicago, IL 60601

   Re: *Hinsbrook Bank & Trust v. Go Wild Fun Safaris, Inc.*
      Court No. 2004 L 397
      Our File No. 10149-14

Dear Mr. Kulwin:

  Enclosed please find a copy of the Order entered on November 1, 2005 by Judge Elsner.

       Sincerely,

       HUCK BOUMA PC

       Elizabeth A. Bates

EAB/me
R:\10000s\10100-10199\10149-14\Correspondence\Kulwin, Jeffrey Fax ltr 11.02.05.wpd



ORDER                                                                                              2116 (Rev. 02/05)

**UNITED STATES OF AMERICA**
STATE OF ILLINOIS                                                                    COUNTY OF DU PAGE
**IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT**

Hinsbrook Bank & Trust
Plaintiff
-vs-
Go Wild Fun Safaris,
Inc., et al
Defendants

CASE NUMBER
04L 397

File Stamp Here

## ORDER

This matter coming on to be heard, the Court being fully advised in the premises and having jurisdiction of the subject matter, IT IS ORDERED HEREBY: That this case is continued for a status hearing on November 22 2005 at 2010 as to a settlement regarding Plaintiff's atty fees in the Summary Judgment and as to all other matters.

Name: E A Reives
DuPage Attorney No.: 7800
Attorney for: Plaintiff
Address: 1555 Naperville Rd Ste 206
City/State/Zip: Wheaton Il 60187
Telephone: (630) 221-1755

**COPY**

ENTER: _____
JUDGE
DATE: 11-1-05

CHRIS KACHIROUBAS, CLERK OF THE 18TH JUDICIAL CIRCUIT COURT ©
WHEATON, ILLINOIS 60189-0707

# HUCK BOUMA PC

## ATTORNEYS AT LAW

Russell A. Adkins
Susan S. Adkins
Jonathan K. Barger
Elizabeth A. Bates
Mark S. Bishop
Ralph R. Bouma, Jr.
George M. Bradshaw
Brett M. Dale
Elizabeth A. Hambrick-Stowe
James H. Huck, Jr.
Patrick B. Hurley
Robert E. Jones
Bret R. Klemetson
John P. Martin
Timothy S. Midura
T. Gregory Mieczynski
Patricia Cadagin O'Brien
David D. O'Sullivan
Robert L. Renfro
Ian G. Riddle
Kathleen R. Ryding
Edward J. Sedlacek
Audrey Johnson Skiera
Lawrence A. Stein
William J. Strons
Cynthia F. Tolan

Of Counsel:
John D. Keller
Ira D. Leavitt
C. William Pollard
Chuck Roberts

November 17, 2005

*Via Facsimile (312/855-0350)*

Mr. Jeffrey R. Kulwin
Kulwin & Associates
161 N. Clark, Suite 2500
Chicago, IL 60601

> Re:   *Hinsbrook Bank & Trust v. Go Wild Fun Safaris, Inc.*
> Court No. 2004 L 397
> Our File No. 10149-14

Dear Mr. Kulwin:

On October 31st you and I spoke about resolving the attorneys' fee dispute and possibly working out a payment arrangement on Hinsbrook Bank & Trust judgment. As of this date, I have not received any financial information on your clients nor have I received a settlement proposal. We agreed to continue the resolution of your objections to our attorneys' fees until November 22nd in the hopes that this matter could be resolved amicably.

Your silence indicates to me that your clients have no intention of settling this matter and are merely stalling for time. Please be advised that we will ask Judge Elsner to enter judgment on our fee request on November 22nd. We then intend to vigorously pursue our post-judgment collection remedies.

Very truly yours,

**Huck Bouma PC**

By: _Elizabeth A. Bates_

Elizabeth A. Bates

EAB/met
Enclosures
R:\10000s\10100-10199\10149-14\Correspondence\Kulwin 11.17.05 fx.wpd

**EXHIBIT**

D

# HUCK BOUMA PC

**ATTORNEYS AT LAW**

Russell A. Adkins
Susan S. Adkins
Jonathan K. Barger
Elizabeth A. Bates
Mark S. Bishop
Ralph R. Bouma, Jr.
George M. Bradshaw
Brett M. Dale
Elizabeth A. Hambrick-Stowe
James H. Huck, Jr.
Patrick B. Hurley
Robert E. Jones
Bret R. Klemetson
John P. Martin
Timothy S. Midura
T. Gregory Mieczynski
Patricia Cadagin O'Brien
David D. O'Sullivan
Robert L. Renfro
Ian G. Riddle
Kathleen R. Ryding
Edward J. Sedlacek
Audrey Johnson Skiera
Lawrence A. Stein
William J. Strons
Cynthia F. Tolan

Of Counsel:
   John D. Keller
   Ira D. Leavitt
   C. William Pollard
   Chuck Roberts

November 22, 2005

*Via Facsimile (312/855-0350)*
*Page 1 of 2 (EAB)*

Mr. Jeffrey R. Kulwin
Kulwin & Associates
161 N. Clark, Suite 2500
Chicago, IL 60601

Re:   *Hinsbrook Bank & Trust v. Go Wild Fun Safaris, Inc.*
       Court No. 2004 L 397
       Our File No. 10149-14

Dear Mr. Kulwin:

     Enclosed please find a copy of the Order entered today by Judge Elsner.

     Very truly yours,

     HUCK BOUMA PC

     Elizabeth A. Bates

EAB/met
Enclosure
R:\10000s\10100-10199\10149-14\Correspondence\Kulwin 11.22.05 fx #2.wpd

**EXHIBIT**
E

MAIN OFFICE:  1755 S. Naperville Road, Suite 200 •      221-1755 • Fax:  630-221-1756
FOX VALLEY OFFICE:  7 S. Second Avenue • St.       7-0700 • Fax:  630-221-1756
www.h

# HUCK BOUMA PC

**ATTORNEYS AT LAW**

Russell A. Adkins
Susan S. Adkins
Jonathan K. Barger
Elizabeth A. Bates
Mark S. Bishop
Ralph R. Bouma, Jr.
George M. Bradshaw
Brett M. Dale
Elizabeth A. Hambrick-Stowe
James H. Huck, Jr.
Patrick B. Hurley
Robert E. Jones
Bret R. Klemetson
John P. Martin
Timothy S. Midura
T. Gregory Mieczynski
Patricia Cadagin O'Brien
David D. O'Sullivan
Robert L. Renfro
Ian G. Riddle
Kathleen R. Ryding
Edward J. Sedlacek
Audrey Johnson Skiera
Lawrence A. Stein
William J. Strons
Cynthia F. Tolan

Of Counsel:
John D. Keller
Ira D. Leavitt
C. William Pollard
Chuck Roberts

December 8, 2005

*Via Facsimile (312/855-0350)*

Mr. Jeffrey R. Kulwin
Kulwin & Associates
161 N. Clark, Suite 2500
Chicago, IL 60601

Re:   *Hinsbrook Bank & Trust v. Go Wild Fun Safaris, Inc.*
Court No. 2004 L 397
Our File No. 10149-14

Dear Mr. Kulwin:

I have not heard back from you in response to our November 22, 2005 counteroffer. Are your clients willing to accept our settlement offer? As you will recall, we are scheduled for status hearing and entry of judgment on our attorneys' fees on December 12th at 9:00 a.m.   If we have a settlement, I would like to know before December 12th.

Very truly yours,

HUCK BOUMA PC

Elizabeth A. Bates

EAB/met
R:\10000s\10100-10199\10149-14\Correspondence\Kulwin 12.8.05 fx.wpd

**EXHIBIT**

F

# HUCK BOUMA PC

## ATTORNEYS AT LAW

Russell A. Adkins
Susan S. Adkins
Jonathan K. Barger
Elizabeth A. Bates
Mark S. Bishop
Ralph R. Bouma, Jr.
George M. Bradshaw
Brett M. Dale
Elizabeth A. Hambrick-Stowe
James H. Huck, Jr.
Patrick B. Hurley
Robert E. Jones
Bret R. Klemetson
John P. Martin
Timothy S. Midura
T. Gregory Mieczynski
Patricia Cadagin O'Brien
David D. O'Sullivan
Robert L. Renfro
Ian G. Riddle
Kathleen R. Ryding
Edward J. Sedlacek
Audrey Johnson Skiera
Lawrence A. Stein
William J. Strons
Cynthia F. Tolan

Of Counsel:
  John D. Keller
  Ira D. Leavitt
  C. William Pollard
  Chuck Roberts

December 15, 2005

*Via Facsimile (312/855-0350)*

Mr. Jeffrey R. Kulwin
Kulwin & Associates
161 N. Clark, Suite 2500
Chicago, IL 60601

    Re:   *Hinsbrook Bank & Trust v. Go Wild Fun Safaris, Inc.*
          Court No. 2004 L 397
          Our File No. 10149-14

Dear Mr. Kulwin:

Enclosed is a copy of the Personal Financial Statement which each of your clients will need to complete. In addition, Hinsbrook Bank & Trust needs the following documents and/or information from your client in order to arrive at an acceptable settlement amount:

1. 2003 and 2004 personal tax returns;

2. Copy of most current pay stub (December 2005);

3. Documents regarding any tax liabilities;

4. Appraisals on real property owned by your clients;

5. Documents evidencing all transfers of property or placement of liens on property from January 1, 2003 through the present date;

6. Status of their lawsuit against Go Wild Fun Safaris;

Please let me know how soon we can expect to receive this information.

Very truly yours,

Elizabeth A. Bates

EAB/met
Enclosure

R:\10000s\10100-10199\10149-14\Correspondence\Kulwin 12.15.05 fx.wpd

**EXHIBIT**
**G**

(THU) DEC 15 2005 14:03
HUCK BOUMA 6302211756

| DOCUMENT # | TIME STORED | TIME SENT | DURATION | PAGE(S) | MODE | RESULT |
|---|---|---|---|---|---|---|
| 4862954-828 | 12.15 14:01 | 12.15 14:01 | 1'07" | 3 | ECM | OK |

| DESTINATION | DST. TEL # |
|---|---|
| 13128550350 | 13128550350 |

# HUCK BOUMA PC

## ATTORNEYS AT LAW

Russell A. Adkins
Susan S. Adkins
Jonathan K. Barger
Elizabeth A. Bates
Mark S. Bishop
Ralph R. Bouma, Jr.
George M. Bradshaw
Brett M. Dale
Elizabeth A. Hambrick-Stowe
James H. Huck. Jr.
Patrick B. Hurley
Robert E. Jones
Bret R. Klemetson
John F. Martin
Timothy S. Midura
T. Gregory Mieczynski
Patricia Cadagin O'Brien
David D. O'Sullivan
Robert L. Renfro
Ian G. Riddle
Kathleen R. Ryding
Edward J. Sedlacek
Audrey Johnson Skiera
Lawrence A. Stein
William J. Strons
Cynthia F. Tolan

Of Counsel:
John D. Keller
Ira D. Leavitt
C. William Pollard
Chuck Roberts

December 15, 2005

*Via Facsimile (312/855-0350)*

Mr. Jeffrey R. Kulwin
Kulwin & Associates
161 N. Clark, Suite 2500
Chicago, IL 60601

Re:  *Hinsbrook Bank & Trust v. Go Wild Fun Safaris, Inc.*
Court No. 2004 L 397
Our File No. 10149-14

Dear Mr. Kulwin:

Enclosed is a copy of the Personal Financial Statement which each of your clients will need to complete. In addition, Hinsbrook Bank & Trust needs the following documents and/or information from your client in order to arrive at an acceptable settlement amount:

1.    2003 and 2004 personal tax returns;

2.    Copy of most current pay stub (December 2005);

3.    Documents regarding any tax liabilities;

4.    Appraisals on real property owned by your clients;

5.    Documents evidencing all transfers of property or placement of liens on property from January 1, 2003 through the present date;

6.    Status of their lawsuit against Go Wild Fun Safaris;

Please let me know how soon we can expect to receive this information.

Very truly yours, 

# HUCK BOUMA PC

**ATTORNEYS AT LAW**

Russell A. Adkins
Susan S. Adkins
Jonathan K. Barger
Elizabeth A. Bates
Mark S. Bishop
Ralph R. Bouma, Jr.
George M. Bradshaw
Brett M. Dale
Elizabeth A. Hambrick-Stowe
James H. Huck, Jr.
Patrick B. Hurley
Robert E. Jones
Bret R. Klemetson
John P. Martin
Timothy S. Midura
T. Gregory Mieczynski
Patricia Cadagin O'Brien
David D. O'Sullivan
Robert L. Renfro
Ian G. Riddle
Kathleen R. Ryding
Edward J. Sedlacek
Audrey Johnson Skiera
Lawrence A. Stein
William J. Strons
Cynthia F. Tolan

Of Counsel:
   John D. Keller
   Ira D. Leavitt
   C. William Pollard
   Chuck Roberts

December 15, 2005

*Via Facsimile (312/855-0350)*

Mr. Jeffrey R. Kulwin
Kulwin & Associates
161 N. Clark, Suite 2500
Chicago, IL 60601

   Re:   *Hinsbrook Bank & Trust v. Go Wild Fun Safaris, Inc.*
          Court No. 2004 L 397
          Our File No. 10149-14

Dear Mr. Kulwin:

    Enclosed is a copy of the Personal Financial Statement which each of your clients will need to complete. In addition, Hinsbrook Bank & Trust needs the following documents and/or information from your client in order to arrive at an acceptable settlement amount:

1.    2003 and 2004 personal tax returns;

2.    Copy of most current pay stub (December 2005);

3.    Documents regarding any tax liabilities;

4.    Appraisals on real property owned by your clients;

5.    Documents evidencing all transfers of property or placement of liens on property from January 1, 2003 through the present date;

6.    Status of their lawsuit against Go Wild Fun Safaris;

    Please let me know how soon we can expect to receive this information.

Very truly yours,

Elizabeth A. Bates

EAB/met
Enclosure

R:\10000a\10100-10199\10149-14\Correspondence\Kulwin 12.15.05 fx.wpd

**IMPORTANT: Read these directions before completing this Statement.**

☐ If you are applying for individual credit in your own name and are relying on your own income or assets and not the income or assets of another person as the basis for repayment of the credit requested, complete only Sections 1 and 3.

☐ If you are applying for joint credit with another person, complete all Sections providing information in Section 2 about the joint applicant.

☐ If you are applying for individual credit, but are relying on income from alimony, child support, or separate maintenance or on the income or assets of another person as a basis for repayment of the credit requested, complete all Sections, providing information in Section 2 about the person whose alimony, support, or maintenance payments or income or assets you are relying.

☐ If this statement relates to your guaranty of the indebtedness of other person(s), firm(s) or corporation(s), complete Sections 1 and 3.

TO:

## ▲▲HINSBROOK
## BANK & TRUST

| SECTION 1 - INDIVIDUAL INFORMATION (Type or Print) | SECTION 2 - OTHER PARTY INFORMATION (Type or Print) |
|---|---|
| Name | Name |
| Residence Address | Residence Address |
| City, State & Zip | City, State & Zip |
| Position or Occupation | Position or Occupation |
| Business Name | Business Name |
| Business Address | Business Address |
| City, State & Zip | City, State & Zip |
| Res. Phone          Bus. Phone | Res. Phone          Bus. Phone |

### SECTION 3 - STATEMENT OF FINANCIAL CONDITION AS OF _____

| ASSETS (Do not include Assets of doubtful value) | In Dollars (Omit cents) | LIABILITIES | In Dollars (Omit cents) |
|---|---|---|---|
| Cash on hand and in banks | | Notes payable to banks - secured | |
| U.S. Gov't & Marketable Securities - see Schedule A | | Notes payable to banks - unsecured | |
| Non-Marketable Securities - see Schedule B | | Due to brokers | |
| Securities held by broker in margin accounts | | Amounts payable to others - secured | |
| Restricted or control stocks | | Amounts payable to others - unsecured | |
| Partial interest in Real Estate Equities - see Schedule C | | Accounts and bills due | |
| | | Unpaid income tax | |
| Real Estate Owned - see Schedule D | | Other unpaid taxes and interest | |
| Loans Receivable | | Real estate mortgages payable - see Schedule D | |
| Automobiles and other personal property | | | |
| Cash value-life insurance - see Schedule E | | Other debt - itemize: | |
| Other assets - itemize: | | | |
| | | | |
| | | | |
| | | | |
| | | TOTAL LIABILITIES | |
| | | NET WORTH | |
| TOTAL ASSETS | | TOTAL LIAB. AND NET WORTH | |

| SOURCES OF INCOME FOR YEAR ENDED _____ | | PERSONAL INFORMATION |
|---|---|---|
| Salary, bonuses & commissions | $ | Do you have a will? _____ Is so, name of executor, |
| Dividends | | |
| Real estate income | | Are you a partner or officer in any other venture? If so, describe. |
| Other income (alimony, child support, or separate maintenance) | | |
| Income need not be revealed if you do not wish to have it considered as a basis for repaying this obligation) | | Are you obligated to pay alimony, child support or separate maintenance payments? If so, describe. |
| | | Are any assets pledged other than as described on schedules? If so, describe. |
| TOTAL | $ | |

| CONTINGENT LIABILITIES | | |
|---|---|---|
| Do you have any contingent liabilities? If so, describe. | | Income tax settled through (date) _____ |
| | | Are you a defendant in any suits or legal actions? |
| As endorser, co-maker or guarantor? | $ | Personal bank accounts carried at: |
| On leases or contracts? | $ | |
| Legal claims | $ | |
| Other special debt | $ | Have you ever been declared bankrupt? If so, describe. |
| Amount of contested income tax liens | $ | |

**(COMPLETE SCHEDULES AND SIGN ON REVERSE SIDE)**

FORM 4-821-26, INDEPENDENT FORMS SERVICES, INC.

## SCHEDULE A - U.S. GOVERNMENTS & MARKETABLE SECURITIES

| Number of Shares or Face Value (Bonds) | Description | In Name Of | Are These Pledged? | Market Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## SCHEDULE B - NON-MARKETABLE SECURITIES

| Number of Shares | Description | In Name Of | Are These Pledged? | Source of Value | Value |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

## SCHEDULE C - PARTIAL INTERESTS IN REAL ESTATE EQUITIES

| Address & Type Of Property | Title In Name Of | % Of Ownership | Date Acquired | Cost | Market Value | Mortgage Maturity | Mortgage Amount |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

## SCHEDULE D - REAL ESTATE OWNED

| Address & Type Of Property | Title In Name Of | Date Acquired | Cost | Market Value | Mortgage Maturity | Mortgage Amount |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |

## SCHEDULE E - LIFE INSURANCE CARRIED, INCLUDING N.S.L.I. AND GROUP INSURANCE

| Name of Insurance Company | Owner Of Policy | Beneficiary | Face Amount | Policy Loans | Cash Surrender Value |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

## SCHEDULE F - BANKS OR FINANCE COMPANIES WHERE CREDIT HAS BEEN OBTAINED

| Name & Address Of Lender | Credit In The Name Of | Secured Or Unsecured? | Original Date | High Credit | Current Balance |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

(USE ADDITIONAL SCHEDULES IF NECESSARY)

The information contained in this statement is provided for the purpose of obtaining, or maintaining credit with you on behalf of the undersigned, or persons, firms or corporations in whose behalf the undersigned may either severally or jointly with others, execute a guaranty in your favor. Each undersigned understands that you are relying on the information provided herein (including the designation made as to ownership of property) in deciding to grant or continue credit. Each undersigned represents and warrants that the information provided is true and complete and that you may consider this statement as continuing to be true and correct until a written notice of a change is given to you by the undersigned. You are authorized to make all inquiries you deem necessary to verify the accuracy of the statements made herein, and to determine my/our creditworthiness. You are authorized to answer questions about your credit experience with me/us.

Section 1014 of Title 18 of the United States Code was amended to make it a federal crime for any person to knowingly make any false statement or report, or wilfully overvalue any land, property or security for the purpose of influencing in any way the action of any bank the deposits of which are insured by the Federal Deposit Insurance Corporation.

Date Signed

Signature (Individual)
S.S. No. _____ Date of Birth _____

Signature (Other Party)
S.S. No. _____ Date of Birth _____

# ⚠ HINSBROOK
# BANK & TRUST

## FAX COVER SHEET

### GLEN ELLYN LOAN DEPARTMENT

DATE: _12 - 15 - 05_        TIME SENT: _____

TO:   NAME: _ELIZABETH BATES_____

     COMPANY: _____

     FAX NUMBER: _____

FROM: _Tom McGuire_____

RE: _Personal Financial Statement Form_____

FROM: FAX NUMBER (630) 321-5691

WE ARE TRANSMITTING __3__ PAGES, INCLUDING THIS COVER PAGE.

IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE CALL US AS SOON AS POSSIBLE AT (630) 469-3000.

COMMENTS: _____

_____

_____

_____

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW.   If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the address listed below via the U.S. Postal Service. Thank you.

(MON) DEC 12 2005 10:52
HUCK BOUMA 6302211756

| DOCUMENT # | TIME STORED | TIME SENT | DURATION | PAGE(S) | MODE | RESULT |
|---|---|---|---|---|---|---|
| 4862954-716 | 12.12 10:51 | 12.12 10:51 | 48" | 2 | ECM | OK |

| DESTINATION | DST. TEL # |
|---|---|
| 6686733 | 6686733 |

# HUCK BOUMA PC

## ATTORNEYS AT LAW

Russell A. Adkins
Susan S. Adkins
Jonathan K. Barger
Elizabeth A. Bates
Mark S. Bishop
Ralph R. Bouma, Jr.
George M. Bradshaw
Brett M. Dale
Elizabeth A. Hambrick-Stowe
James H. Huck, Jr.
Patrick B. Hurley
Robert E. Jones
Bret R. Klemetson
John P. Martin
Timothy S. Midura
T. Gregory Mieczynski
Patricia Cadagin O'Brien
David D. O'Sullivan
Robert L. Renfro
Ian G. Riddle
Kathleen R. Ryding
Edward J. Sedlacek
Audrey Johnson Skiera
Lawrence A. Stein
William J. Strons
Cynthia F. Tolan

Of Counsel:
John D. Keller
Ira D. Leavitt
C. William Pollard
Chuck Roberts

December 12, 2005

*Via Facsimile (630) 668-6733*
Mr. Terence C. Mullen
Mullen & Winthers PC
1 N 141 County Farm Road, Suite 230
Winfield, IL 60190

*Via Facsimile (312) 855-0350*
Mr. Jeffrey R. Kulwin
Kulwin & Associates
161 N. Clark, Suite 2500
Chicago, IL 60601

Re:    *Hinsbrook Bank & Trust v. Go Wild Fun Safaris, Inc.*
Court No. 2004 L 397
Our File No. 10149-14

Dear Gentlemen:

Enclosed please find a copy of the Order entered by Judge Elsner on December 12, 2005.

Very truly yours,

HUCK BOUMA PC



EAB/met

(MON) DEC 12 2005 10:54
HUCK BOUMA 6302211756

| DOCUMENT # | TIME STORED | TIME SENT | DURATION | PAGE(S) | MODE | RESULT |
|---|---|---|---|---|---|---|
| 4862954-717 | 12.12 10:51 | 12.12 10:51 | 1'51" | 2 | ECM | OK |

| DESTINATION | DST. TEL # |
|---|---|
| 13128550350 | 13128550350 |

# HUCK BOUMA PC

**ATTORNEYS AT LAW**

Russell A. Adkins
Susan S. Adkins
Jonathan K. Barger
Elizabeth A. Bates
Mark S. Bishop
Ralph R. Bouma, Jr.
George M. Bradshaw
Brett M. Dale
Elizabeth A. Hambrick-Stowe
James H. Huck, Jr.
Patrick E. Hurley
Robert E. Jones
Bret R. Klemetson
John P. Martin
Timothy S. Midura
T. Gregory Mieczynski
Patricia Cadagin O'Brien
David D. O'Sullivan
Robert L. Renfro
Ian G. Riddle
Kathleen R. Ryding
Edward J. Sedlacek
Audrey Johnson Skiera
Lawrence A. Stein
William J. Strons
Cynthia F. Tolan

Of Counsel:
John D. Keller
Ira D. Leavitt
C. William Pollard
Chuck Roberts

December 12, 2005

*Via Facsimile (630) 668-6733*
Mr. Terence C. Mullen
Mullen & Winthers PC
1 N 141 County Farm Road, Suite 230
Winfield, IL 60190

*Via Facsimile (312) 855-0350*
Mr. Jeffrey R. Kulwin
Kulwin & Associates
161 N. Clark, Suite 2500
Chicago, IL 60601

Re:    *Hinsbrook Bank & Trust v. Go Wild Fun Safaris, Inc.*
Court No. 2004 L 397
Our File No. 10149-14

Dear Gentlemen:

Enclosed please find a copy of the Order entered by Judge Elsner on December 12, 2005.

Very truly yours,

HUCK BOUMA PC

Elizabeth A. Bates

EAB/met

# HUCK BOUMA PC

**ATTORNEYS AT LAW**

Russell A. Adkins
Susan S. Adkins
Jonathan K. Barger
Elizabeth A. Bates
Mark S. Bishop
Ralph R. Bouma, Jr.
George M. Bradshaw
Brett M. Dale
Elizabeth A. Hambrick-Stowe
James H. Huck, Jr.
Patrick B. Hurley
Robert E. Jones
Bret R. Klemetson
John P. Martin
Timothy S. Midura
T. Gregory Mieczynski
Patricia Cadagin O'Brien
David D. O'Sullivan
Robert L. Renfro
Ian G. Riddle
Kathleen R. Ryding
Edward J. Sedlacek
Audrey Johnson Skiera
Lawrence A. Stein
William J. Strons
Cynthia F. Tolan

Of Counsel:
   John D. Keller
   Ira D. Leavitt
   C. William Pollard
   Chuck Roberts

December 12, 2005

***Via Facsimile (630) 668-6733***
Mr. Terence C. Mullen
Mullen & Winthers PC
1 N 141 County Farm Road, Suite 230
Winfield, IL 60190

***Via Facsimile (312) 855-0350***
Mr. Jeffrey R. Kulwin
Kulwin & Associates
161 N. Clark, Suite 2500
Chicago, IL 60601

    Re:   *Hinsbrook Bank & Trust v. Go Wild Fun Safaris, Inc.*
           Court No. 2004 L 397
           Our File No. 10149-14

Dear Gentlemen:

    Enclosed please find a copy of the Order entered by Judge Elsner on December 12, 2005.

        Very truly yours,

        HUCK BOUMA PC

        Elizabeth A. Bates

EAB/met
Enclosure
R:\10000s\10100-10199\10149-14\Correspondence\Mullen, Kulwin 12.12.05 fx.wpd

ORDER                                                                    2116 (Rev. 02/05)

| STATE OF ILLINOIS | UNITED STATES OF AMERICA | COUNTY OF DU PAGE |
|---|---|---|

**IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT**

Hinsbrook Bank &
Trust  Plaintiff

-VS-

Go Wild Fun Safaris,
Inc., et al Defendants

CASE NUMBER

04L397

File Stamp Here

## ORDER

This matter coming on to be heard, the Court being fully advised in the premises and having jurisdiction of the subject matter, IT IS ORDERED HEREBY: That Plaintiff's Motion for Summary Judgment as against Defendants Peter Vozella and Robert A. Ricenti for attys fees and costs is granted in the amount of $1745.00 for attys fees and costs of $131.12 . it's further Ordered that all matters are continued for status until January 18, 2005 at 9:00 a.m. in Courtroom 2010.

**COPY**

Name: E. A Bales

DuPage Attorney No.: 7806

Attorney for: Plaintiff

Address: 1755 S. Naperville Rd #200

City/State/Zip: Wheaton IL 60187

Telephone: (630) 221-1755

ENTER: _____

JUDGE

DATE: 12-12-05